REICH REICH & REICH, P.C.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
By: Jeffrey A. Reich
jreich@reichcpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

DOUGLAS P. O'CONNELL                                Chapter 13
                                                                       Case No.
                                                                       20-23073 (CGM)

                               Debtor.
-----------------------------------------------------------X

## CONSENT FOR SUBSTITUTION OF ATTORNEY

      The Debtor, hereby substitutes Reich Reich & Reich, P.C., as his counsel, in place and stead of the Law Office of Scott J. Goldstein. The address of Reich Reich & Reich, P.C. is 235 Main Street, Suite 450, White Plains, New York 10601; the telephone number is (914) 949-2126.

We consent to the above substitution:    Substitution is Accepted:

Law Office of Scott J. Goldstein         Reich, Reich & Reich, P.C.

By: _____           By: _____
     Scott J. Goldstein, Esq.                   Jeffrey A. Reich, Esq.

_____
Douglas P. O'Connell
Dated: February 7, 2023