UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                    Chapter 13

Douglas O'Connell                         Case No. 20-23073

                        Debtor
--------------------------------------------------------X

## ORDER TO RELIEVE SCOTT J. GOLDSTEIN, ESQ. AS COUNSEL AND RECOGNIZE JEFFREY REICH AND REICH AND REICH, P.C. AS DEBTOR'S COUNSEL

UPON THE MOTION the filed Notice of Substitution of Counsel for the Debtor and with the consent of the Debtor, withdrawing counsel and superceding counsel, and no objection having been filed,

IT IS HEREBY ORDERED, that Scott J. Goldstein and Law Offices of Scott J. Goldstein, LLC are hereby relieved as counsel for the Debtor and Jeffrey A. Reich, Esq. and Reich and Reich, P.C. are hereby recognized and substituted as counsel for the Debtor.



**Dated: April 21, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**