6/18/24

Honorable Judge Cecelia G. Morris

Dear honorable judge Morris. I am writing to you today in regards to case # 20-23073 for Debtor Douglas O'Connell with whom I jointly own the property at 4 Barger St. Cortlandt Manor NY 10567 since 2008. Douglas O'Connell is my former fiancé and the father of our son Jake O'Connell.

It is my understanding that at the hearing on 6/20/ 2024 you will be ruling on the sale of the above mentioned property as well as the distribution of sale proceeds. I did not want to sell my home, which is basically being sold out from under me, as I was unable to qualify for a mortgage due to the extent of arrears caused by Douglas O'Connell. I have suffered greatly due to Douglas not only pretending to keep the mortgage current at 4 Barger St., but also by him taking money from me on a monthly basis and not applying it to the mortgage payments.

At this stage of my life and as a single mother, looking towards the future, I am not objecting to the sale of my home, however I am requesting that under the jurisdiction of the bankruptcy court your honor should rule that I receive 50% of the proceeds of the real property sale. Please consider the above statements as truthful and as good reason to award me the 50% of the sale proceeds that I deserve.

Respectfully yours,


Kristie M. Plocinski

Scanned with CamScanner